| | |
|---|---|
| 1 | Jeffrey S. Behar, Esq., Bar No. 81565 |
| 2 | Tina I. Mangarpan, Esq., Bar No. 117898<br>FORD, WALKER, HAGGERTY & BEHAR |
| 3 | One World Trade Center |
| 4 | Twenty-Seventh Floor<br>Long Beach, California  90831-2700 |
| 5 | (562) 983-2500; (562) 983-2555 Facsimile<br>jbehar@fwhb.com |
| 6 | tmangarpan@fwhb.com |

**NOTED CHANGES MADE BY THE COURT**

Attorneys for Defendant, **PKL SERVICES, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TAN, an individual, | No. 2:20-CV-07199-RGK-RAO |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE: STIPULATION FOR PROTECTIVE ORDER |
| HYDRAULICS INTERNATIONAL, INC., a California Corporation; PKL SERVICES, INC., a California Corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, the stipulated protective order at Dkt. 27 is granted.

IT IS SO ORDERED.

DATED: March 9, 2021

*/s/ Rozella A. Oliver*

_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge

1