1   **LAW OFFICES OF JOHN A. GIRARDI**

2   JOHN A. GIRARDI, SBN 54917

3   John@JohnGirardiLaw.com                                JS-6
    29900 Hawthorne Blvd.,

4   Rolling Hills Estates, CA 90274
    Telephone: (310) 265-5787

5

6   **LAW OFFICES OF ROBERT M. COHEN**

7   ROBERT M. COHEN, SBN 70454

8   rmcohen@rmcohenlaw.com
    8840 Wilshire Boulevard, Suite 203

9   Beverly Hills, California 90211
    Telephone: (310) 553-0060

10  Facsimile: (877) 553-0062

11  Attorneys for Plaintiff Joshua Tan

12

13                    UNITED STATES DISTRICT COURT

14                    CENTRAL DISTRICT OF CALIFRONIA

15
    JOSHUA TAN, an individual;              Case No.: 2:20-CV-07199 -RGK-AS
16
                                            *Assigned for all purposes to the*
17              Plaintiff,                  *Honorable R. Gary Klausner*

18        v.                                **[~~PROPOSED~~] ORDER ON NOTICE**
                                            **OF DISMISSAL PURSUANT**
19                                          **TO FEDERAL RULES OF CIVIL**
    HYDRAULICS INTERNATIONAL,               **PROCEDURE 41(a) or (c)**
20  INC., a California Corporation; PKL
    SERVICES, INC., a California
21  Corporation; and DOES 1 to 50,
    inclusive,
22
23              Defendants.
24
25
26
27
28

                                        1
─────────────────────────────────────────────────────────────────
[PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT HII

## <u>ORDER</u>

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendant HYDRAULICS INTERNATIONAL, INC., a California Corporation pursuant to <u>FRCP41(a)(1)(2)</u>.

2. Each party shall bear their own costs and attorney's fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the August 2, 2021 Settlement Agreement, if need be.

**IT IS SO ORDERED.**


DATED:   August 5, 2021


_____
Hon. R. Gary Klausner
United States District Court Judge