FILED
CLERK, U.S. DISTRICT COURT
JUNE 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

**NUNC PRO TUNC TO DECEMBER 19, 2021**

Jeffrey S. Behar, Esq., Bar No. 81565
jbehar@fwhb.com
Tina I. Mangarpan, Esq., Bar No. 117898
tmangarpan@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 983-2555 Facsimile

Attorneys for Defendant, **PKL SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TAN, an individual, | No. 2:20-CV-07199-RGK-RAO |
| Plaintiff, | [PROPOSED] JUDGMENT [85] |
| vs. | |
| HYDRAULICS INTERNATIONAL, INC., a California Corporation; PKL SERVICES, INC., a California Corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

    Plaintiff JOSHUA TAN ("Plaintiff") brought the present action against defendant PKL SERVICES, INC. ("PKL) alleging two causes of action for Negligence (5th cause of action) and Negligent Hiring, Retention and Supervision ("Negligent Hiring") (6th cause of action).

Defendant PKL SERVICES, INC.'s ("PKL") motion for summary judgment as to plaintiff JOSHUA TAN's Complaint or, alternatively, for partial summary judgement as to Plaintiff's claims for Negligence and Negligent Hiring came regularly for hearing in the chambers of the Hon. R. Gary Klausner, presiding, of the United States District Court, Central District of California, on July 22, 2021.

After considering the moving, opposing and reply papers, as well as all evidence presented and having duly considered the issues presented, the Court granted PKL's Motion for Summary Judgment on the grounds that Plaintiff failed to show that PKL owned him a duty of care necessary to establish a claim of negligence. (ECF 84.) The Court dismissed Plaintiff's claim for Negligent Hiring upon Plaintiff's request in his opposition to the Motion for Summary Judgment for same. (ECF 84 and 38 at p. 25.)

IT IS HEREBY ORDERED, ADJUDGED and DECREED THAT:

1. Judgment is entered in favor of PKL and against plaintiff JOSHUA TAN, with prejudice, on the grounds that PKL did not owe Plaintiff a duty of care.
2. Plaintiff shall take nothing as against PKL and PKL is entitled to recover its costs incurred in this action.
3. Plaintiff's action is dismissed on the merits in its entirety as against PKL.

DATE: 6/27/2022 (NUNC PRO TUNC TO 12/19/21)

*[signature: Gary Klausner]*
Hon. R. Gary Klausner
Judge of the District Court